77 A.3d 1185

IN THE MATTER OF PAUL J. URBANIA, AN ATTORNEY AT LAW (ATTORNEY NO. 012191984).

November 1, 2013.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–184 of **PAUL J. URBANIA** of **SHREWSBURY,** who was admitted to the bar of this State in 1984;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (failure to hold funds of third persons separate from the lawyer's own property), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d) and *Rule* 1:201–6, and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0413E;

And the Disciplinary Review Board having further determined that respondent should be required to submit to the Office of

Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And the parties having consented to the reporting condition required by the Disciplinary Review Board;

And good cause appearing;

It is ORDERED that **PAUL J. URBANIA** of **SHREWSBURY** is hereby censured; and it is further

ORDERED that **PAUL J. URBANIA** shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.